**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PAMELA J. FIGUEROA AND MARIO J. FIGUEROA, HER HUSBAND, | : | No. 279 MAL 2018 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURTNEY EVANS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.